IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JATINDER KAUR,                          )
                                        )     2:09-cv-00778-GEB-JFM
                Plaintiff,              )
                                        )     STATUS (PRETRIAL
        v.                              )     SCHEDULING) ORDER
                                        )
MICHAEL C. BIGGS, Field Office          )
Director, USCIS Sacramento Sub-         )
Office;  MICHAEL AYTES, Acting          )
Deputy Director, USCIS; U.S.            )
CITIZENSHIP AND IMMIGRATION             )
SERVICES;  JANET NAPOLOTANO, DHS        )
Secretary;  DEPARTMENT OF HOMELAND      )
SECURITY;  ERIC H. HOLDER, JR.,         )
U.S. Attorney General,                  )
                                        )
                Defendants.             )
_____)

        The status (pretrial scheduling) conference scheduled for

June 29, 2009, is vacated since the parties indicate in the Joint

Status Report ("JSR")filed on June 15, 2009, that the following Order

should issue.

        SERVICE, JOINDER OF ADDITIONAL PARTIES, AMENDMENT

        No further service, joinder of parties or amendments to

pleadings is permitted, except with leave of Court, good cause having

been shown.

1 <u>DISCOVERY</u>

2 The parties agree in the JSR that "the administrative record

3 will constitute the whole of the discovery necessary in this mater"

4 and a copy of the administrative record shall be filed on or before

5 August 10, 2009. (JSR at 2:7-8.)

6 <u>FINAL PRETRIAL CONFERENCE</u>

7 The final pretrial conference is set for January 19, 2010,

8 at 3:30 p.m.  The parties are cautioned that the lead attorney who

9 WILL TRY THE CASE for each party shall attend the final pretrial

10 conference.  In addition, all persons representing themselves and

11 appearing <u>in</u> <u>propria</u> <u>persona</u> must attend the pretrial conference.

12 The parties are warned that <u>non-trial worthy issues could be</u>

13 <u>eliminated</u> <u>sua sponte</u> "[i]f the pretrial conference discloses that no

14 material facts are in dispute and that the undisputed facts entitle

15 one of the parties to judgment as a matter of law." <u>Portsmouth Square</u>

16 <u>v. S'holders Protective Comm.</u>, 770 F.2d 866, 869 (9th Cir. 1985).

17 The parties shall file a <u>JOINT</u> pretrial statement no later

18 than seven (7) calendar days prior to the final pretrial conference.[1]

19 The joint pretrial statement shall specify the issues for trial and

20 shall estimate the length of the trial.  The Court uses the parties'

21 joint pretrial statement to prepare its final pretrial order and could

22 issue the final pretrial order without holding the scheduled final

23 pretrial conference.  <u>See</u> <u>Mizwicki v. Helwig</u>, 196 F.3d 828, 833 (7th

24

25 [1] The failure of one or more of the parties to participate in

26 the preparation of any joint document required to be filed in this case
does not excuse the other parties from their obligation to timely file

27 the document in accordance with this Order.  In the event a party fails
to participate as ordered, the party or parties timely submitting the

28 document shall include a declaration explaining why they were unable to
obtain the cooperation of the other party.

Cir. 1999) ("There is no requirement that the court hold a pretrial conference.").

If possible, at the time of filing the joint pretrial statement counsel shall also email it in a format compatible with WordPerfect to: geborders@caed.uscourts.gov.

TRIAL SETTING

Trial shall commence at 9:00 a.m. on February 23, 2010.

MISCELLANEOUS

The parties are reminded that pursuant to Federal Rule of Civil Procedure 16(b), the Status (Pretrial Scheduling) Order **shall not be modified except by leave of Court upon a showing of good cause. Counsel are cautioned that a mere stipulation by itself to change dates does not constitute good cause.**

IT IS SO ORDERED.

Dated:  June 22, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge