Robert B. Jobe (Cal. State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Ste. 200
San Francisco, CA 94108
Tel:   (415) 956-5513
Fax:   (415) 840-0308
Email: bob@jobelaw.com

Attorney for Plaintiff.

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JATINDER KAUR,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL C. BIGGS, FIELD OFFICE DIRECTOR, USCIS SACRAMENTO SUB-OFFICE; ET AL.,<br><br>    Defendants. | No.   C 09-0778-GEB-JFM<br><br>ORDER DISMISSING CASE |

On June 26, 2009, Plaintiff filed a motion for voluntary dismissal of this action without prejudice. The motion is granted. Therefore, the Clerk of Court shall close this case.

Dated: June 29, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

[Proposed] Order Dismissing Case
C 09-0778-GEB–JFM